

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

Nos. 06-17-00124-CR &
06-17-00125-CR

_____

CHAD ALAN CAPPIELLO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court Nos. 1725811 & 1725812

Before Morriss, C.J., Moseley and Burgess, JJ.

O R D E R

Chad Alan Cappiello appealed his conviction of two counts of theft of property in this Court's cause numbers 06-17-00109-CR and 06-17-00110-CR. Cappiello then filed a motion for bond pending appeal in each of these cases, which the trial court denied. Cappiello appealed the bond denial orders in this Court's cause numbers 06-17-00124-CR and 06-17-00125-CR. This Court has determined that the reporter's record in our cause numbers 06-17-00109-CR and 06-17-00110-CR includes information on which the trial court based its decision to deny Cappiello bond pending appeal. These records were not filed in the bond denial appeals.

In an effort to expedite matters and to avoid duplication of effort, the clerk of this Court is ordered to incorporate the reporter's record from cause numbers 06-17-00109-CR and 06-17-00110-CR into cause numbers 06-17-00124-CR and 06-17-00125-CR as a part of the appellate record in those matters. *See* TEX. R. APP. P. 2.

IT IS SO ORDERED.

BY THE COURT

Date: August 14, 2017